JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>CONTINENTAL CASUALTY COMPANY,<br>Defendant. | Case No. CV 25-6665-GW-AGRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: August 25, 2026

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE